**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/22
```

SHVETZ PROPERTIES, LLC,

                            Plaintiff,

    -against-

ENVIRONMENTAL REMEDIATION AND FINANCIAL SERVICES, LLC,

                            Defendant.

**21 Civ. 7952 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge**.

    Plaintiff commenced this action on September 23, 2021. (Dkt. No. 1.) Environmental Remediation and Financial Services, LLC has failed to appear or respond to the Complaint. As a result, on November 23, 2021, plaintiff Shvetz Properties, LLC filed a proposed certificate of default. (Dkt. No. 9.) The following day, the Clerk of Court issued a certificate of default. (Dkt. No. 11.) There have been no further filings on the public docket, and the Court has not received any communication from the parties.

    **IT IS HEREBY ORDERED** that within seven (7) days, plaintiff Shvetz Properties, LLC shall inform the Court whether it will move for entry of a default judgment pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York.

**SO ORDERED.**

Dated: January 31, 2022
      New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.