USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHVETZ PROPERTIES, LLC,<br><br>                           Plaintiff,<br>v.<br><br>ENVIRONMENTAL REMEDIATION AND FINANCIAL SERVICES, LLC<br><br>                           Defendant. | **Order Granting Default Judgment**<br><br>Civil Action No. 21-cv-7952 |

Upon application by Plaintiff, Shvetz Properties, LLC, and the papers submitted therewith, (Dkt. Nos. 13, 14), the Court enters Judgment in the amount of $170,000 against Defendant Environmental Remediation Services, LLC. Additionally, the Court awards Plaintiff with $8,200.80 in reasonable attorneys' fees and $504 in costs associated with bringing this action. Finally, the Court awards Plaintiff with post-judgment interest according to 28 U.S.C. § 1961.

**SO ORDED.**

Date: February 1, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.