**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHVETZ PROPERTIES, LLC,

                Plaintiff,

                        21 **CIVIL** 7952

      -against-                    **DEFAULT JUDGMENT**

ENVIRONMENTAL REMEDIATION AND
FINANCIAL SERVICES, LLC,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated February 1, 2022, and upon application by Plaintiff, Shvetz Properties, LLC, judgment is entered in the amount of $170,000 against Defendant Environmental Remediation Services, LLC. Additionally, the Plaintiff is awarded $8,200.80 in reasonable attorneys' fees and $504 in costs associated with bringing this action. Finally, Plaintiff is awarded post-judgment interest according to 28 U.S.C. § 1961.

**DATED**: New York, New York
          February 2, 2022

                                        **RUBY J. KRAJICK**
                                         **Clerk of Court**

                          BY: _____
                                    **Deputy Clerk**